WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Martin J. Bienenstock (MB 3001)
Martin A. Sosland (Pro Hac Vice)
(214) 746-7700

Attorneys for Enron Wind Systems, LLC, Sky River Partnership, ESI Sky River Limited Partnership, FPL Energy Sky River Wind, LLC, and Sky River LLC.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | |
|---|---|
| In re | : |
| ENRON CORP., et al., | : Chapter 11 |
| Debtors. | : Case No.: 01-16034 (AJG) |
| | : Jointly Administered |

------------------------------------------------------------x

| | |
|---|---|
| NORMAN B. TRENTON, IN HIS CAPACITY AS TRUSTEE OF THE TRENTON FAMILY TRUST DATED APRIL 8, 1986, | : |
| Plaintiff, | : |
| vs. | : Adversary Proceeding No.: 04-02628 (AJG) |
| ENRON WIND SYSTEMS, LLC, SKY RIVER PARTNERSHIP, ESI SKY RIVER LIMITED PARTNERSHIP, FPL SKY RIVER WIND, LLC and SKY RIVER LLC, | : |
| Defendants. | : |

------------------------------------------------------------x

## STIPULATION AND ORDER

## DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE

Pursuant to this Court's order, dated March 24, 2005, approving a Settlement Agreement relating to the above-styled adversary proceeding, Enron Wind Systems, LLC, Sky River Partnership, FPL Energy Sky River Wind, LLC, ESI Sky River Limited Partnership, and Sky River LLC, and Norman B. Trenton in His Capacity as Trustee of the Trenton Family Trust Dated April 8, 1986, by and through their undersigned counsel, have compromised and settled their dispute and wish to dismiss, with prejudice and without costs or attorneys' fees, the above-styled adversary proceeding and all claims and counterclaims brought thereunder.

Dated: New York, New York
April 25, 2005

By: /s/ Martin A. Sosland
Martin J. Bienenstock (MB 3001)
Martin A. Sosland (Pro Hac Vice)
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for the Defendants

By: /s/ Kenneth Miller
Amish R. Doshi (AD-5996)
Pitney Hardin LLP
7 Times Square, 20th Floor
New York, New York 10036-7311
Telephone: (212) 297-5800
Facsimile: (212) 916-2940

and

Kenneth Miller (Cal. Bar. No. 126083)
Anthony Friedman (Cal. Bar. No. 201955)
Rein, Evans & Setanovich LLP
1925 Century Park East, Suite 1600
Los Angeles, CA 90067  10036-7311
Telephone: (310) 551-3100
Facsimile: (310) 551-0238

Attorneys for Plaintiff

SO ORDERED THIS 26th DAY OF April, 2005.

**s/Arthur J. Gonzalez**
HONORABLE ARTHUR J. GONZALEZ
UNITED STATES BANKRUPTCY JUDGE